UNITED STATES DISTRICT COURT DISTRICT OF
NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 23-1162 |
|---|---|---|
| | : | |
| V. | : | CRIMINAL ACTION |
| Summer Karaffa | : | |
| | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant  is ordered released on a personal recognizance bond with the following bail conditions:

☑ Reporting, as directed, to U.S. Pretrial Services;

☐ Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

☐ Mental Health testing/treatment as directed by U.S. Pretrial Services:

☑ The defendant shall appear at all future court proceedings;

☐ Other:

/s/ Summer Karaffa                     January 25th, 2024
_____
DEFENDANT                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

/s/ Cathy L. Waldor

Cathy L. Waldor
U.S. MAGISTRATE JUDGE

DATE January 25th, 2024