UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 23-1162 |
| SUMMER KARAFFA | : | ORDER FOR DISMISSAL |

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 7492640 against defendant Summer Karaffa, which was filed on October 17, 2023, charging her with obstruction of mail, for the reason that prosecution of defendant Summer Karaffa is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice and is pending the successful completion by defendant Summer Karaffa of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

                                             */s/ Philip R. Sellinger*
                                             Philip R. Sellinger
                                             United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

                                             */s/ Andrea D. Bergman*
                                             HON. ANDREA D. BERGMAN
                                             United States Magistrate Judge

Dated: April 1, 2024