# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Violation #7492640 (ADB) |
| | : | |
| v. | : | Hon. Andrea D Bergman, U.S.M.J. |
| | : | |
| SUMMER A KARAFFA | : | |
| | : | |

## JUDGEMENT AND ORDER OF RESTITUTION

**UPON CONSIDERATION** of the parties' submissions, Agreement for Pretrial Diversion and for good cause shown, on this 1st day of April, 2024, it is

**ORDERED** that, pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. 3663A, the defendant shall make restitution in the amount of $100.00. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victim in the following amount:

| Victim[1] | Amount |
|---|---|
| S.K. | $100.00 |

---

[1] The full name and address of the victim will be provided to the Clerk's Office by the United States Attorney's Office.

**ORDERED** that the restitution is due immediately and that interest is waived.

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Agreement for Pretrial Diversion as if set out verbatim therein.

_____
HONORABLE ANDREA D BERGMAN
United States Magistrate Judge